IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATE OF MICHIGAN, and *ex rel*. FADI JAAFAR,<br><br>Plaintiffs-Relator,<br><br>Vs.<br><br>ALI EL-KHALIL, DPM,<br><br>Defendant.<br><br>_____ / | CIVIL ACTION NO.: 17-10955<br>HON. BERNARD A. FRIEDMAN<br>Magistrate Judge Elizabeth Stafford |

RELATOR'S NOTICE OF VOLUNTARY DISMISSAL; UNITED STATES OF AMERICA'S CONSENT TO VOLUNTARY DISMISSAL; THE STATE OF MICHIGAN'S CONSENT TO VOLUNTARY DISMISSAL

## REQUEST FOR DISMISSAL BY RELATOR

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Fadi Jaafar (the "Relator") hereby requests that the Court dismiss, without prejudice, the above-captioned action ("this action"), and all of his claims against the defendant in this action, including but not limited to, his claims for reasonable attorney's fees, expenses and costs pursuant to the federal False Claims Act, 31 U.S.C. § 3730(d) and the Michigan Medicaid False Claims Act, Mich. Comp. Laws § 400.610a.

Dated: January 7, 2020          Respectfully submitted,

                                MAHANY LAW

                                /s/ Brian H. Mahany

Brian H. Mahany
Wisconsin Bar No. 1065623
8112 West Bluemound Road
Suite 101
Wauwatosa, Wisconsin 53213
Telephone: (414) 258.2375
Facsimile:  (414) 777.0776
brian@mahanylaw.com

## **CONSENT OF THE UNITED STATES OF AMERICA**

In the interests of justice, the Attorney General of the United States of America ("United States"), through the undersigned attorneys, hereby consents to the dismissal of this action without prejudice as to the United States.

Dated: January 7, 2020	Respectfully Submitted,

MATTHEW SCHNEIDER
United States Attorney


s/ Caroline Burgunder
Caroline Burgunder
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tel:  (313) 226-9682
Fax:  (313) 226-3800
Email:  caroline.burgunder@usdoj.gov
California State Bar No. 217330

*Attorneys for the United States of America*

## CONSENT OF THE STATE OF MICHIGAN

In the interests of justice, the Attorney General of the State of Michigan, through the undersigned attorneys, hereby consents to the dismissal of this action without prejudice as to the State of Michigan.

Dated: January 7, 2020    Respectfully Submitted,

DANA NESSEL
Michigan Attorney General


s/ Jason R. Evans
JASON R. EVANS (P61567)
First Assistant Attorney General
Health Care Fraud Division
Michigan Department of Attorney General
P.O. Box 30218
Lansing, MI 48909
Tel: (517) 241-6500
Email: evansj@michigan.gov

*Attorneys for the State of Michigan*

## **Certificate of Service**

On January 7, 2020, I electronically filed the foregoing Relator's Notice of Voluntary Dismissal; Consent of the United States of America to the Notice of Voluntary Dismissal; and the State of Michigan's Consent to the Notice of Voluntary Dismissal via this Court's electronic filing system. As such, all counsel of record have received copies of this filing via electronic means. Additionally, I emailed a copy of the proposed Order Dismissing the Action Without Prejudice to all counsel of record.

s/ Brian H. Mahany
Brian H. Mahany